Arlo Garcia Uriarte (SBN 231764)
arlo@liberationlawgroup.com
Daniel P. Iannitelli (SBN 203388)
dan@liberationlawgroup.com
LIBERATION LAW GROUP, P.C.
2760 Mission Street
San Francisco, CA 94110
Telephone: (415) 695-1000
Facsimile: (415) 695-1006

Attorneys for Plaintiff
STEPHEN J. GOTH

Mark J. Jacobs, SBN 208945
mjacobs@fisherphillips.com
John T. Lai, SBN 289948
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, CA 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

Attorneys for Defendant
INSPERITY SUPPORT SERVICES, L.P.,
dba INSPERITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHEN J. GOTH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INSPERITY SUPPORT SERVICES, L.P., dba INSPERITY, a Delaware limited partnership; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 3:17-cv-03851-JST<br><br>**[PROPOSED] ORDER RE: STIPULATION TO EXTEND ADR DEADLINE** |

# ORDER

For good cause shown, the parties' stipulation is approved and the STIPULATION AND ORDER SELCTING ADR PROCESS is hereby modified in accordance with the stipulation of the parties. Specifically, the Court hereby vacates the March 30, 2018 deadline to complete mediation and orders the parties to complete mediation on or before April 30, 2018.

IT IS SO ORDERED.

Dated: March 19, 2018

HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE