```
 1  MARK J. JACOBS, SBN 208945
    E-Mail mjacobs@fisherphillips.com
 2  JOHN T. LAI, SBN 289948
    E-Mail jlai@fisherphillips.com
 3  FISHER & PHILLIPS LLP
    2050 Main Street, Suite 1000
 4  Irvine, California 92614
    Telephone: (949) 851-2424
 5  Facsimile: (949) 851-0152

 6  Attorneys for Defendant

 7  INSPERITY SUPPORT SERVICES, L.P. dba INSPERITY,
    a Delaware limited partnership
 8

 9

10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| STEPHEN J. GOTH, | Case No: 17-cv-03851-JST |
|---|---|
| Plaintiff, | (Removed from Contra Costa County Superior Court Case No. C 17-00863) |
| v. | [PROPOSED] ORDER DISMISSING ACTION |
| INSPERITY SUPPORT SERVICES, L.P., dba INSPERITY, a Delaware limited partnership; and DOES 1-10, inclusive,, | Complaint Filed: May 8, 2017<br>Trial Date: None Set |
| Defendants. | |

Based upon the Joint Stipulation between Plaintiff STEPHEN J. GOTH by and through his counsel of record, and Defendant INSPERITY SUPPORT SERVICES, L.P., by and through its counsel of record, the Court finds that:

1. Claims One through Seven of Plaintiff's Complaint are dismissed with prejudice.
2. The remainder of Plaintiff's claims in this matter are dismissed without prejudice.

1

[PROPOSED] ORDER FOR DISMISSAL

FPDOCS 33018249.1

Each party shall bear its own costs and attorney's fees associated with this matter.

**IT IS SO ORDERED.**

**Dated:** August 8, 2018

_____
JON ~~JOHN~~ S. TIGAR., Judge
United States District Court